IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW J. WEBER AND HEIDI A. WEBER,

    Plaintiffs,

v.

PIERCE COUNTY DEPARTMENT OF HUMAN SERVICES, et al

    Defendants.

ORDER

Case No. 21-cv-300-wmc

Plaintiffs Matthew J. Weber and Heidi A. Weber has filed a proposed civil complaint. Plaintiffs seeks to commence this lawsuit without prepaying the filing fee pursuant to 28 U.S.C. § 1915 and has filed an affidavit of indigency in support of the request.

The court has considered plaintiff's income, assets, obligations, and dependents set forth in the affidavit of indigency, and finds that plaintiff's financial situation does not warrant a determination of indigency. Accordingly, plaintiffs must prepay the $402 fee[1] for commencing this action.

ORDER

IT IS ORDERED that plaintiffs Matthew J. Weber and Heidi A. Weber's petition for leave to proceed without prepayment of the filing fee is DENIED. Plaintiffs must pay the $402 fee no later than June 14, 2021. If plaintiffs fails to do so, this action may be dismissed without prejudice to plaintiffs filing the case at a later date.

---

[1] Effective December 1, 2020, the total fee for filing a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).

Entered this 24th day of May, 2021.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge